IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Walter E

Printed: 01/29/09

Case Number: 04 B 23182
Judge: Goldgar, A. Benjamin
Filed: 6/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 14, 2009
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,080.00 |  |
| Secured: |  | 10,773.74 |
| Unsecured: |  | 12,598.54 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 1,436.95 |
| Other Funds: |  | 1,576.77 |
| Totals: | 28,080.00 | 28,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Brookins & Wilson | Administrative | 1,694.00 | 1,694.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 1,782.00 | 1,782.00 |
| 6. | Monterey Financial Services | Secured | 1,400.27 | 1,400.27 |
| 7. | Chicago Municipal Employees CU | Secured | 1,527.53 | 1,527.53 |
| 8. | Chase Home Finance | Secured | 3,854.14 | 3,854.14 |
| 9. | Chicago Municipal Employees CU | Secured | 914.24 | 914.24 |
| 10. | Harlem Furniture | Secured | 1,295.56 | 1,295.56 |
| 11. | General Motors Acceptance Corp | Unsecured | 3,636.93 | 3,636.93 |
| 12. | Monterey Financial Services | Unsecured | 2,668.03 | 2,668.03 |
| 13. | Protection One | Unsecured | 230.65 | 230.65 |
| 14. | Sprint Nextel | Unsecured | 4,243.09 | 4,243.09 |
| 15. | Vativ Recovery Solutions LLC | Unsecured | 1,535.84 | 1,535.84 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 284.00 | 284.00 |
| 17. | Citibank USA | Unsecured | 1,915.81 | 0.00 |
| 18. | Peoples Energy Corp | Unsecured | 134.61 | 0.00 |
| 19. | Chicago Municipal Employees CU | Secured |  | No Claim Filed |
| 20. | First USA | Unsecured |  | No Claim Filed |
| 21. | Equity One | Unsecured |  | No Claim Filed |
| 22. | Direct Tv | Unsecured |  | No Claim Filed |
| 23. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 24. | Enterprise Rent A Car | Unsecured |  | No Claim Filed |
| 25. | Paul A Buenvenida DDS | Unsecured |  | No Claim Filed |
| 26. | Household Bank FSB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Walter E | Case Number: 04 B 23182 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed: 6/18/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Prodigy Communications | Unsecured | | No Claim Filed |
| 28. | AT&T | Unsecured | | No Claim Filed |
| 29. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 30. | Telecom USA | Unsecured | | No Claim Filed |
| 31. | Goodyear Tire and Rubber Co. | Unsecured | | No Claim Filed |
| | | | $ 27,116.70 | $ 25,066.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 244.77 |
| 4% | 65.38 |
| 3% | 48.58 |
| 5.5% | 282.13 |
| 5% | 78.98 |
| 4.8% | 117.74 |
| 5.4% | 596.36 |
| 6.6% | 3.01 |
| | $ 1,436.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

